Case 1:25-cv-01483-TRJ-CCB  Document 6  Filed 03/10/25  Page 1 of 1

U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 124
COLUMBUS, GEORGIA 31902

OFFICIAL BUSINESS

ATLANTA GA RPDC 302

25 FEB 2025 PM 5 L



$0.690
US POSTAGE IMI
FIRST-CLASS
063S0008515916
FROM 31902

UTF

RETURN TO SENDER DUE TO:
— UNAUTHORIZED PACKAGE
(ALL PACKAGES REQUIRE PRE-APPROVAL)
— NO LONGER AT THIS BOX #
— A # MISSING AND/OR FULL
— OTHER REASON

HARBANS SINGH
A 208 426 600
STEWART DETENTION CE
PO BOX 248
LUMPKIN, GA 31815

31815-024848

NIXIE      326   DE 1          0003/04/25
           RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 31902012424     *2801-00755-25-37