U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 124
COLUMBUS, GEORGIA 31902

OFFICIAL BUSINESS

ATLANTA GA ND-DC 302
1 MAR 2025 PM 6 L

$0.69
US POSTAGE IMI
FIRST-CLASS
063S0008515916
FROM 31902

HARBANS SINGH
c/o NISHA MEHRA
1024 SE 204TH ST
KENT, WA 98031

NIXIE    980  DE 1    0003/10/25
RETURN TO SENDER

98031-999955