U.S. COURTS, MIDDLE DISTRICT OF GEORGIA
OFFICE OF THE CLERK
P.O. BOX 124
COLUMBUS, GEORGIA 31902

OFFICIAL BUSINESS

ATLANTA GA RPDC 302

1 MAR 2025 PM 7 L

$0.69
US POSTAGE IMI
FIRST-CLASS
063S0008515916
FROM 31902

RETURN TO SENDER DUE TO:
___ UNAUTHORIZED PACKAGE
(ALL PACKAGES REQUIRE PREAPPROVAL)
✓ NO LONGER AT THIS FACILITY
___ A # MISSING AND/OR FULL NAME
___ OTHER REASON _____

NIXIE    326   DC  1          0003/09/25
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

UTF   BC: 31902012424    *1817-07290-01-42

---

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

H.S.,

    Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Case No. 4:25-cv-69-CDL-AGH
28 U.S.C. § 2241