IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HARBANS SINGH,
    Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,
    Respondent.

CIVIL ACTION NO.
1:25-CV-1483-TRJ-CCB

## **ORDER**

Petitioner Harbans Singh, confined at FCI Atlanta[1] in Atlanta, Georgia, filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. 1]. Petitioner has paid the filing fee.

This case was initially filed in the District Court for the Middle District of Georgia. [Doc. 1]. That court ordered Respondent to file a response to the petition and to address whether venue was proper in that court. [Doc. 3]. In lieu of a response, Respondent filed a motion to dismiss for lack of jurisdiction because venue was not proper in that court. [Doc. 9]. In the alternative, Respondent requested that the action

---

[1] Although he listed Stewart Detention Center as his address, Petitioner was housed at FCI Atlanta when he filed the case and remains detained there. [Doc. 1-1 at 1; Doc. 9 at 3].

be transferred to this Court. [*Id.*]. The case was then transferred to this Court on March 20, 2025. [Doc. 11].

Because the case has been transferred to this Court, Respondent's motion to dismiss for lack of jurisdiction [Doc. 9] is **DENIED AS MOOT**. Respondent is hereby ordered to respond to the merits of the petition within 14 days of the date of this order. Petitioner will then have 14 days to file a reply.

**SO ORDERED**, this 21st day of March, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE