IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HARBANS SINGH,

    Petitioner,

      v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.

CIVIL ACTION NO.
1:25-cv-01483-TRJ

**ORDER**

This matter is before the Court following the Magistrate Judge's Final Report and Recommendation ("R&R") that this action be dismissed without prejudice. (Doc. 16). Under 28 U.S.C. § 636(b)(1), the Court reviews an R&R for clear error if no objections are filed by a party within 14 days after being served with a copy. The Final R&R was served on April 25, 2025.[1] No objection to the Final R&R has been filed; therefore, the clear error standard applies.

Accordingly, the Court has reviewed the Final R&R for clear error and finds none. The Court **ADOPTS** the findings and conclusions in the Final R&R (Doc. 16) as the opinion and order of the Court. For the reasons stated in the Final R&R, Respondent's Motion to Dismiss (Doc. 15) is **GRANTED**, and this action is **DISMISSED**.

---

[1] Federal Rule of Civil Procedure 6(d) adds three days to the date of service when service is made via mail. Therefore, because Petitioner was served via mail, he had until May 12, 2025 to file any objections to the R&R. The Final R&R was returned as undeliverable to Petitioner. (Docs. 18, 19). But, this appears to be because Petitioner was deported to India on March 20, 2025. (Doc. 16 at 2).

A certificate of appealability is **DENIED** because resolution of the issue presented is not debatable. Petitioner is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." 28 U.S.C. § 2254, Rule 11(a). The Clerk is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 21st day of May, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge